

ORDERED in the Southern District of Florida on September 14, 2020.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

EUGENIA BENITEZ,             Case No.: 20-16974-BKC-PDR
                                                                         Chapter 7
      Debtor.
_____/

**AGREED ORDER GRANTING TRUSTEE'S MOTION FOR EXTENSION
OF TIME TO FILE OBJECTIONS TO EXEMPTIONS**
*(and cancelling hearing set for September 24, 2020 at 10 a.m.)*

THIS CAUSE came before the Court on the Motion [ECF 17] filed by Trustee, Leslie S. Osborne to extend the deadline for filing objections to exemptions, currently set for hearing on September 24, 2020 at 10 a.m., and the Court having reviewed the Motion and being advised of an agreement between the parties, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.      That the Motion is hereby **GRANTED**.

      2.      That the Trustee shall have through and including <u>September 28, 2020</u> within which to file any objections to exemptions in the above styled case.

      3.      The hearing on the Motion, scheduled for September 24, 2020 at 10 a.m. is **<u>CANCELLED</u>**.

# # #

**SUBMITTED BY:**
Leslie S. Osborne, Trustee
1300 N. Federal Hwy #203
Boca Raton, FL 33432
Telephone: (561) 368-2200
Facsimile: (561) 338-0350
Email:  osbornetrustee@kennethrappaportlawoffice.com

Leslie S. Osborne, Trustee will serve copies of this Order to all parties in interest and file a Certificate of Service with the Court.